**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

**TOMEKA BRIGHT, et al.,**          **CASE NO. 3:10-cv-427-J-99TJC-TEM**

**v.**

**MENTAL HEALTH RESOURCE**
**CENTER, INC.,**

<u>**Counsel for Plaintiffs:**</u>          <u>**Counsel for Defendant:**</u>
**Sean Culliton**                  **Marc M. Mayo**

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop**

---

## CLERK'S MINUTES

**PROCEEDINGS OF TELEPHONE PRELIMINARY PRETRIAL CONFERENCE:**

Order to Enter.

DATE: November 16, 2010                  TIMES: 2:08 p.m. - 2:17 p.m.