**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TOMEKA BRIGHT, et al.,

    Plaintiffs,

vs.                                            Case No. 3:10-cv-427-J-99TJC-TEM

MENTAL HEALTH RESOURCE
CENTER, INC.,

    Defendant.

## ORDER

This case came before the Court on November 16, 2010, for a preliminary pretrial conference. For the reasons stated at the hearing, the record of which is incorporated by reference, it is hereby

**ORDERED**:

1. The following deadlines and settings, **limited to the enterprise issue**, apply:

| | |
|---|---|
| Discovery deadline: | **February 18, 2011** |
| Defendant's Motion for Summary Judgment: | **March 18, 2011** |
| Plaintiffs' response to defendant's Motion for Summary Judgment: | **April 8, 2011** |

2. All other deadlines and requirements are abated until further order of the Court.

3. Pursuant to Local Rule 3.01(a), any motion and memorandum in support must be in a single document not to exceed 25 pages absent leave of Court. Responses to motions may not exceed 20 pages absent leave of Court. In summary judgment practice, the

combined motion and memorandum (<u>including</u> any "Statement of Undisputed Facts") must be filed as one document and may not exceed 25 pages without permission of the Court. <u>Please deliver a courtesy copy of all dispositive motions and responses, including copies of all relevant exhibits and depositions, to chambers of the undersigned</u>.

    **DONE AND ORDERED** at Jacksonville, Florida this 22nd day of November, 2010.

                                                     TIMOTHY J. CORRIGAN
                                                     United States District Judge

md.
Copies to:
All counsel of record
unrepresented parties (if any)